1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY: KELLY J. TRUJILLO**
   Assistant City Attorney, SBN 244286
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA  94590
5  Tel:   (707) 648-4545
   Fax:   (707) 648-4687
6  Email: kelly.trujillo@cityofvallejo.net
7
8  Attorneys for Defendants
   CITY OF VALLEJO, OFFICER JODI BROWN
9
10               **UNITED STATES DISTRICT COURT**
11
       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
12

| 13 | DAVID P. DEMAREST, | **Case No: 2:16-cv-02271 GEB-KJN PS** |
|---|---|---|
| 14 | Plaintiff, | |
| 15 | vs. | **ANSWER OF REMAINING DEFENDANTS CITY OF VALLEJO AND OFFICER JODI BROWN TO PLAINTIFF'S FIRST AMENDED COMPLAINT; JURY TRIAL DEMANDED** |
| 16 | | |
| 17 | THE CITY OF VALLEJO CALIFORNIA, OFFICER JODI BROWN, OFFICER JEFF TAI, OFFICER HERMAN ROBINSON, POLICE CHIEF ANDREW BIDOU, et al., | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |
| 21 | | |

22      COMES NOW Defendants City of Vallejo (hereinafter "City") and OFFICER JODI

23  BROWN (hereinafter referred to collectively as "Defendants") answer the First and Ninth

24  Causes of Action of Plaintiff's First Amended Complaint for Violations of Civil Rights,

25  pursuant to the court's order of August 28, 2017:

26                **First Amended Complaint – Nature of Case**

27      Answering the first unnumbered paragraph of the First Amended Complaint for

28  Violations of Civil Rights (hereinafter "Complaint"), Defendants admit that Plaintiff

---

1  attempts to state a claim for violation of the Fourth Amendment.  Except as expressly
2  admitted, the Defendants deny each and every remaining allegation contained therein.

3  **JURISDICTION**

4      1.      Defendants admit that jurisdiction is appropriate pursuant to 28 U.S.C.
5  section 1331.

6  **VENUE**

7      2.      Defendants admit that venue is appropriate in the Eastern District of
8  California.  Defendants deny any unlawful acts, omissions and practices.

9  **PARTIES**

10     3.      Answering the third paragraph of the Complaint, the Defendants lack
11  sufficient knowledge or information to form a belief as to the truth of the allegations in
12  this paragraph and on that basis deny the allegations contained therein.

13     4.      Answering the fourth paragraph of the Complaint, Defendants admit that
14  the City of Vallejo is a municipal entity and charter city duly organized under the laws of
15  the state of California.

16     7.      Answering the misnumbered seventh paragraph of the Complaint,
17  Defendants admit that Officer Jodi Brown was a Vallejo Police Officer and on duty on
18  the date of Plaintiff's arrest.  Defendants deny each and every remaining allegation
19  contained therein.

20      The balance of the misnumbered paragraphs in the Parties section do not require
21  a response as those defendants were dismissed by the court on August 28, 2017
22  (Docket No. 26).

23  **GENERAL ALLEGATIONS AND SURROUNDING SITUATION**

24     11.     Answering the eleventh paragraph of the Complaint, Defendants lack
25  sufficient knowledge or information to form a belief as to the truth of the allegations
26  contained in this paragraph and on that basis deny each and every allegation contained
27  therein.

28  //

1    12.   Answering the twelfth paragraph of the Complaint, Defendants deny each
2 and every allegation contained therein.

3    13.   Answering the thirteenth paragraph of the Complaint, Defendants deny
4 each and every other allegation contained therein.

5    14.   Answering the fourteenth paragraph of the Complaint, Defendants deny
6 each and every allegation contained therein.

7    15.   Answering the fifteenth paragraph of the Complaint, Defendants deny
8 each and every allegation contained therein.

9    16.   Answering the sixteenth paragraph of the Complaint, Defendants deny
10 each and every allegation contained therein.

11    17.   Answering the seventeenth paragraph of the Complaint, Defendants deny
12 each and every allegation contained therein.

13    18.   Answering the eighteenth paragraph of the Complaint, Defendants deny
14 each and every allegation contained therein.

15    18.   Answering the misnumbered eighteenth paragraph of the Complaint,
16 Defendants deny each and every allegation contained therein.

17    19.   Answering the nineteenth paragraph of the Complaint, Defendants deny
18 each and every allegation contained therein.

19    20.   Answering the twentieth paragraph of the Complaint, Defendants deny
20 each and every allegation contained therein.

21    21.   Answering the twenty-first paragraph of the Complaint, Defendants deny
22 each and every allegation contained therein.

23    22.   Answering the twenty-second paragraph of the Complaint, Defendants
24 deny each and every allegation contained therein.

25 //

26 //

27 //

28 //

# FIRST CAUSE OF ACTION
## Claims of Officer Jodi Brown's Violation of Plaintiff's Fourth Amendment Rights
### (42 U.S.C. § 1983)

23.    Answering the twenty-third paragraph of the Complaint, Defendants deny each and every allegation contained therein.

24.    Answering the twenty-fourth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

25.    Answering the twenty-fifth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

26.    Answering the twenty-sixth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

27.    Answering the twenty-seventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

28.    Answering the twenty-eighth paragraph of the Complaint, deny each and every remaining allegation contained therein.

29.    Answering the twenty-ninth paragraph of the Complaint, Defendants deny each and every allegation contained in this paragraph.

30.    Answering the thirtieth paragraph of the Complaint, Defendants deny each and every allegation contained in this paragraph.

31.    Answering the thirty-first paragraph of the Complaint, Defendants deny each and every allegation contained in this paragraph.

32.    Answering the thirty-second paragraph of the Complaint, Defendants deny each and every allegation contained in this paragraph.

33.    Answering the thirty-third paragraph of the Complaint, Defendants deny each and every allegation contained therein.

34.    Answering the thirty-fourth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

35.    Answering the thirty-fifth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

36.   Answering the thirty-sixth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

37.   Answering the thirty-seventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

38.   Answering the thirty-eighth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

39.   Answering the thirty-ninth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

40.   Answering the fortieth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

41.   Answering the forty-first paragraph of the Complaint, Defendants deny each and every allegation contained therein.

42.   Answering the forty-second paragraph of the Complaint, Defendants deny each and every allegation contained therein.

**SECOND CAUSE OF ACTION**
**Claims of Officer Jodi Brown's Violation of Plaintiff's**
**Fourteenth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court.  (Docket No. 26.)

**THIRD CAUSE OF ACTION**
**Claims of Officer Jeff Tai's Violation of Plaintiff's**
**Fourth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court.  (Docket No. 26.)

**FOURTH CAUSE OF ACTION**
**Claims of Officer Jeff Tai's Violation of Plaintiff's**
**Fourteenth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court.  (Docket No. 26.)

//

**FIFTH CAUSE OF ACTION**
**Claims of Officer Robinson's Violation of Plaintiff's**
**Fourth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court. (Docket No. 26.)

**SIXTH CAUSE OF ACTION**
**Claims of Officer Herman Robinson's Violation of Plaintiff's**
**Fourteenth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court. (Docket No. 26.)

**SEVENTH AND EIGHTH CAUSE OF ACTION**
**Claims of Officer Doe 1 and Doe 2 Violation of**
**Plaintiff's Fourth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court. (Docket No. 26.)

**NINTH CAUSE OF ACTION**
**Monell Claim Against City of Vallejo for Violation of**
**Fourth Amendment Rights**
**(42 U.S.C. § 1983)**

67.    Answering the sixty-seventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

68.    Answering the sixty-eighth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

69.    Answering the sixty-ninth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

70.    Answering the seventieth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

71.    Answering the seventy-first paragraph of the Complaint, Defendants deny each and every allegation contained therein.

72.    Answering the seventy-second paragraph of the Complaint, Defendants deny each and every allegation contained therein.

73.	Answering the seventy-third paragraph of the Complaint, Defendants deny each and every allegation contained therein.

74.	Answering the seventy-fourth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

75.	Answering the seventy-fifth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

76.	Answering the seventy-sixth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

77.	Answering the seventy-seventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

78.	Answering the seventy-eighth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

79.	Answering the seventy-ninth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

80.	Answering the eightieth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

81.	Answering the eighty-first paragraph of the Complaint, Defendants deny each and every allegation contained therein.

82.	Answering the eighty-second paragraph of the Complaint, Defendants deny each and every allegation contained therein.

83.	Answering the eighty-third paragraph of the Complaint, Defendants deny each and every allegation contained therein.

//
//
//
//
//
//

## CREDIBLE EVIDENCE OF CLAIMS AGAINST THE CITY OF VALLEJO AS A PATTERN AND/OR PRACTICE OF THE CITY OF VALLEJO INCLUDES (BUT FAR FROM LIMITED TO...)

84.     Answering the eighty-fourth paragraph of the Complaint, Defendants admit that there was a case entitled *Cathey v. City of Vallejo*.  Defendants deny each and every allegation remaining allegation contained therein.

85.     Answering the eighty-fifth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

86.     Answering the eighty-sixth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

87.     Answering the eighty-seventh paragraph of the Complaint, Defendants admit that there was a case with Macario Dagdagan that resulted in a settlement. Defendants deny each and every remaining allegation contained therein.

88.     Answering the eighty-eighth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

89.     Answering the eighty-ninth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

90.     Answering the ninetieth paragraph of the Complaint, Defendants admit that there was a case entitled *Hicks v. City of Vallejo* that was ultimately dismissed without a settlement.  Defendants deny each and every remaining allegation contained therein.

91.     Answering the ninety-first paragraph of the Complaint, Defendants deny each and every allegation contained therein.

92.     Answering the ninety-second paragraph of the Complaint, Defendants deny each and every allegation contained therein.

93.     Answering the ninety-third paragraph of the Complaint, Defendants admit that there was a case entitled *Creer v. City of Vallejo*. Defendants deny each and every remaining allegation contained therein.

94.     Answering the ninety-fourth paragraph of the Complaint, Defendants admit that there was a case entitled *Gillam v. City of Vallejo*.  Defendants deny each and every remaining allegation contained therein.

95.     Answering the ninety-fifth paragraph of the Complaint, Defendants admit that there was a case entitled *Solis v. City of Vallejo*.  Defendants deny each and every remaining allegation contained therein.

96d.    Answering the ninety-sixth sub (d) paragraph of the Complaint, Defendants deny each and every allegation contained therein.

97.     Answering the ninety-seventh paragraph of the Complaint, Defendants admit that there was a lawsuit entitled *Gregory v. City of Vallejo* which resulted in a defense verdict in favor of the defendants.   The Defendants deny each and every remaining allegation contained therein.

98.     Answering the ninety-eighth paragraph of the Complaint, Defendants admit that there was a lawsuit entitled *Gardner v. McCarthy*.  Defendants deny each and every remaining allegation contained therein.

99.     Answering the ninety-ninth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

100.    Answering the one-hundredth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

### TENTH CAUSE OF ACTION
**Monell Claim Against City of Vallejo for Violation of**
**Fourteenth Amendment Rights**
**(42 U.S.C. § 1983)**

Dismissed by the court.  (Docket No. 26.)

### SUMMARY AND LEGAL CONSIDERATIONS

105.    Answering the one-hundred fifth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

106.    Answering the one-hundred sixth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

107. Answering the one-hundred seventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

108. Answering the one-hundred eighth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

109. Answering the one-hundred ninth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

110. Answering the one-hundred tenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

111. Answering the one-hundred eleventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

112. Answering the one-hundred twelfth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

113. Answering the one-hundred thirteenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

114. Answering the one-hundred fourteenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

115. Answering the one-hundred fifteenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

116. Answering the one-hundred sixteenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

117. Answering the one-hundred seventeenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

118. Answering the one-hundred eighteenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

119. Answering the one-hundred nineteenth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

120. Answering the one-hundred twentieth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

1       121.   Answering the one-hundred twenty-first paragraph of the Complaint,

2  Defendants deny each and every allegation contained therein.

3       122.   Answering the one-hundred twenty-second paragraph of the Complaint,

4  Defendants deny each and every allegation contained therein.

5       123.   Answering the one-hundred twenty-third paragraph of the Complaint,

6  Defendants deny each and every allegation contained therein.

7       124.   Answering the one-hundred twenty-fourth paragraph of the Complaint,

8  Defendants deny each and every allegation contained therein.

9       125.   Answering the one-hundred twenty-fifth paragraph of the Complaint,

10  Defendants deny each and every allegation contained therein.

11  **JURY DEMANDED**

12       126.   Defendants hereby demand a trial by jury as provided by the Seventh

13  Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil

14  Procedure

15  **REQUEST FOR RELIEF**

16

17       127.   Answering the one-hundred twenty-seventh paragraph of the Complaint,

18  Defendants deny each and every allegation contained therein.

19       128.   Answering the one-hundred twenty-eighth paragraph of the Complaint,

20  Defendants deny each and every allegation contained therein.

21       129.   Answering the one-hundred twenty-ninth paragraph of the Complaint,

22  Defendants deny each and every allegation contained therein.

23       130.   Answering the one-hundred thirtieth paragraph of the Complaint,

24  Defendants deny each and every allegation contained therein.

25       131.   Answering the one-hundred thirty-first paragraph of the Complaint,

26  Defendants deny each and every allegation contained therein.

27       132.   Answering the one-hundred thirty-second paragraph of the Complaint,

28  Defendants deny each and every allegation contained therein.

133.   Answering the one-hundred thirty-third paragraph of the Complaint, Defendants deny each and every allegation contained therein.

134.   Answering the one-hundred thirty-fourth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

135.   Answering the one-hundred thirty-fifth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

136.   Stricken by the court.  (Docket No. 26.)

137.   Answering the one-hundred thirty-seventh paragraph of the Complaint, Defendants deny each and every allegation contained therein.

138.   Answering the one-hundred thirty-eighth paragraph of the Complaint, Defendants deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

1.   As a first affirmative defense, the Defendants allege that the Complaint fails to state any claim upon which relief can be granted.

2.   As a second affirmative defense, the Defendants allege that Plaintiff's claims are barred by the applicable statutes of limitation.

3.   As a third affirmative defense, the Defendants allege that Plaintiff was negligent and careless in and about matters and events set forth in the Complaint Plaintiff's negligence proximately contributed to his alleged injuries and damages.  Any jury verdict in Plaintiff's favor that may be rendered in this case, therefore, must be reduced by the percentage that Plaintiff's negligence contributed to any of his damages or injuries.

4.   As a fourth affirmative defense, the Defendants allege that at all times herein mentioned, all actions taken by the Defendant police officers were reasonable under the circumstances and taken under a reasonable belief that the actions were not unlawful.  The Defendant police officers are therefore entitled to qualified immunity from liability for matters set forth in the Complaint.

//

5.     As a fifth affirmative defense, the Defendants allege that any harm which came to Plaintiff was a direct and proximate cause of his own actions.

6.     As a sixth affirmative defense, the Defendants allege that any of Plaintiff's alleged damages or injuries were aggravated by Plaintiff's failure to use reasonable diligence to mitigate them.

7.     As a seventh affirmative defense, the Defendants allege that any of Plaintiffs' damages or injuries were proximately caused by the negligence of other persons, firms, corporations or entities, for whom the Defendants is not responsible. Should Plaintiff be entitled to recover under the Complaint, her recovery should be reduced in proportion to the negligence of such other persons, firms, corporations or entities.

8.     As an eighth affirmative defense, the Defendants allege that its police officers were acting in their official capacities at all times relevant to this action, and any alleged actions were made in good faith, without malice, or were performed with a reasonable belief that their actions were authorized by and in accord with existing law and authority.

9.     As a ninth affirmative defense, the Defendants allege that its officials and employees actions, if any, were privileged as a matter of law. Consequently, no liability can be cast upon them in their individual capacities to the extent they become parties to this lawsuit.

10.     As a tenth affirmative defense, the Defendants allege that Plaintiffs' state claims are barred pursuant to California Government Code sections 911.2, 911.4, 945.4, 946.6, 950.2, 950.6, 815.2, 815.6, 818.2, 818.8, 820, 820.2, 820,4, 820.8, 821, 821.6, 822.2, 844.6, 845, 845.2, 845.6, 846, 855, 855.8, 856 and 856.4. Said sections are pleaded as though fully set forth herein.

11.     As an eleventh affirmative defense, the Defendants allege that Plaintiff's arrest and/or detention was lawful and made with probable cause or reasonable suspicion or justification under the law.

1    12.    As a twelfth affirmative defense, the Defendants allege that any search or
2  seizure of the Plaintiff or his property, if any, was reasonable and necessary to effect
3  lawful and proper law enforcement procedures and, as such, there can be no liability
4  against the Defendants.

5    13.    As a thirteenth affirmative defense, the Defendants allege that Plaintiff's
6  claims for punitive damages are barred by the provisions of Government Code section
7  818 and *Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981).

8    14.    As a fourteenth affirmative defense, the Defendants allege that Plaintiff is
9  not entitled to punitive damages, because punitive damages are unconstitutional and
10  violate the Defendants' right to due process and equal protection.

11    15.    As a fifteenth affirmative defense, the Defendants allege that they are
12  immune from the claims contained in Plaintiff's Complaint pursuant to the provisions of
13  California Penal Code Sections 835, 835(a), 836 and 836.5.

14    16.    As a sixteenth affirmative defense, the Defendants allege that Plaintiff's
15  claims against the City under 42 U.S.C. §1983 are contrary to law, in that they are
16  founded upon the doctrine of respondeat superior.   Neither a municipality nor its
17  officers, supervisors, or policymakers can be held liable under 42 U.S.C. § 1983 under a
18  respondeat superior theory. (*Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 691 (1978).)

19    17.    As a seventeenth, separate and affirmative defense Defendants allege
20  that decedent had full knowledge of all the risks, dangers, and hazards, if any there
21  were, and nevertheless voluntarily and with full appreciation of the amount of danger
22  involved in his actions and the magnitude of the risk involved, assumed the risk of
23  injuries and damages to himself.

24    18.    As an eighteenth and separate affirmative defense, Defendants allege that
25  there is no statutory or other basis for the attorney's fees sought by Plaintiff.

26  //

27  //

28  //

19. As a nineteenth and separate affirmative defense, Defendants allege Defendants shall only be responsible for damages in an amount determined pursuant to and in accordance with Proposition 51 (Civil Code § 1431.2).

20. As a twentieth affirmative defense, Defendants allege that Plaintiff was lawfully stopped inside a valid DUI checkpoint and that Plaintiff failed to comply with lawful orders.

## DEMAND FOR JURY

Defendants hereby demand a trial by jury as provided by the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR JUDGMENT

Wherefore the Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by this action;

2. That the Defendants be awarded the costs of defending this lawsuit;

3. That the Defendants be awarded a judgment against the Plaintiff; and

4. For such other and further relief as this Court deems proper.

DATED:  September 8, 2017                    Respectfully submitted,


                                             _/ s / Kelly J. Trujillo_____
                                             KELLY J. TRUJILLO
                                             Assistant City Attorney
                                             Attorney for Defendants,
                                             CITY OF VALLEJO and JODI BROWN