Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: (510) 463-3350
Facsimile: (510) 463-3349
Email: gkaton@katon.law

Attorney for Plaintiff David P. Demarest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David P. Demarest,<br><br>    Plaintiff,<br><br>v.<br><br>City of Vallejo, California, et al.<br><br>    Defendants. | Case No. 2:16-cv-02271-MCE-KJN<br><br>**NOTICE OF MOTION AND STIPULATED MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**<br><br>Hearing Date: July 26, 2018 |

    Plaintiff and Defendants file this stipulated motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to extend the time within which to complete discovery, based upon the following:

    This Court's December 19, 2017 Scheduling Order (Dkt 19) sets a deadline of August 9, 2018 for the parties to complete discovery. Order at 3:20. Plaintiff was proceeding in the case pro se until undersigned counsel filed a Notice of Appearance on May 15, 2018 (Dkt 39). While Plaintiff was proceeding pro se he did not conduct any discovery apart from making the required initial disclosures. Plaintiff's counsel has not had sufficient time to gain a thorough understanding of the facts, propound written discovery, find rebuttal experts, and notice depositions to complete discovery within the current deadline. Counsel for Defendants agrees that the additional time for discovery will assist the

parties in preparing the case for trial.

Accordingly, the parties move the court to extend the time within which to complete discovery until September 14, 2018. Such extension should not interfere with the March 5, 2019 trial setting, and will leave adequate time for the filing and consideration of dispositive motions.

Dated: June 7, 2018

Respectfully submitted,

| KATON LAW | CITY OF VALLEJO, CITY ATTORNEY'S OFFICE |
|---|---|
| /s/ Glenn Katon<br>Glenn Katon<br>Attorney for Plaintiff<br>David P. Demarest | /s/ Katelyn M. Knight<br>Katelyn M. Knight<br>Attorneys for Defendants<br>CITY OF VALLEJO, OFFICER JODI BROWN |

## ORDER

Pursuant to the stipulation of the parties, the deadline for discovery is extended through September 14, 2018. All other provisions of the Court's December 19, 2017 Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**NOTICE OF MOTION AND STIPULATED MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**